178 So. 923

### A. EUGSTER v. W. T. RAWLEIGH CO.
### 6 Div. 978.

Court of Appeals of Alabama.

Jan. 18, 1938.

Vassar L. Allen, of Birmingham, for appellant.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellee.

SAMFORD, Judge.

Appeal dismissed on motion of appellant.

183 So. 924

### F. W. EVANS v. STATE.
### 7 Div. 394.

Court of Appeals of Alabama.

Aug. 2, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

177 So. 919

### Sam (alias Samuel) EVANS v. STATE.
### 5 Div. 25.

Court of Appeals of Alabama.

Nov. 23, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

185 So. 921

### Homer FANN v. STATE.
### 8 Div. 753.

Court of Appeals of Alabama.

Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

186 So. 918

### FELLOWS & FORRESTER v. SOUTH GEORGIA GROCERY CO.
### 4 Div. 505.

Court of Appeals of Alabama.

Feb. 21, 1939.

Martin & Jackson, of Dothan, for appellants.

J. P. Shealey, of Dothan, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellants.

177 So. 920

### FENNER & BEANE v. J. Marion BROWN.
### 6 Div. 725.

Court of Appeals of Alabama.

Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.